```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

| | | |
|---|---|---|
| JEREMY BRUCE SHIPP, | * | |
| Petitioner | * | |
| vs. | * | CASE NO. 4:04-CV-135 (CDL) |
| | | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | * | |
| | | CASE NO. 4:96-CR-64 (JRE) |
| Respondent. | * | |
| | * | |

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 6, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 26th day of September, 2005.

                                                S/Clay D. Land
                                                CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE