```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION


JEREMY BRUCE SHIPP,               *

        Petitioner                *     CASE NO. 4:05-CV-54 CDL
                                              28 U.S.C. § 2255
vs.                               *
                                        CASE NO. 4:96-CR-64 JRE
UNITED STATE OF AMERICA,          *
        Respondent.
                                  *
```

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 19, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 14th day of November, 2005.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE